**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

JUAN DIEGO RAMIREZ PEREZ,

Petitioner,

v. No. 1:26-cv-02781-MLG-GJF

GEORGE DEDOS, Torrance Warden; MARY DE ANDA-YBARRA, El Paso ICE FOD; TODD LYONS, ICE Director; MARKWAYNE MULLIN, DHS SEC; TODD BLANCHE, U.S. Attorney General,

Respondents.

**ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS**

This matter is before the Court on pro se Petitioner Juan Diego Ramirez Perez's Petition for Writ of Habeas Corpus ("Petition"), Doc. 1. A hearing on the Petition was held September 18, 2026. *See* Docs. 7-8. Having considered the Petition and being otherwise fully informed, the Court finds that it is not well taken and should be denied. For the reasons stated on the record during the September 18, 2026, hearing, the Court denies the Petition.

It is so ordered.

UNITED STATES DISTRICT JUDGE
MATTHEW L. GARCIA